IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

IN RE: Raymond Valdez and Andrea Valdez   BANKRUPTCY NO.  06-30097

## DEFICIENCY NOTICE

To the Debtor(s) and his attorney, if any:

In order for this case to be administered, it is necessary that the item(s) described below be filed within fifteen days of filing the petition.

Certification of Credit Counseling
Notice to Individual Debtor (Form B201)
Statement of Current Monthly Income (Form 22C)
Schedules
Statement of Financial Affairs (Form B7)

Failure to comply shall result in dismissal of this case without further notice.


Date: January 6, 2006                                             *MICHAEL N. MILBY*
                                                                                        *Clerk of Court*