**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

In Re: Raymond Valdez and Andrea Valdez
      Debtor

Case No.: 06−30097

Chapter: 13

## NOTICE BY CLERK TO FILE CREDITOR MAILING LIST

By authority of Rules 1007 and 1017 of the Federal Rules of Bankruptcy Procedure and Local Rule 1017(a)(4), the Clerk of Court hereby serves notice that you are required to upload or file a creditor mailing list with the United States Clerk's Office within FIFTEEN (15) days from the filing of the petition under Chapters 7, 11, 12 and 13.

Failure to comply with these instructions will result in dismissal of your case without further notice.

Instructions and requirements for filing or uploading creditor mailing lists are attached.

ISSUED ON: 1/6/06

                                                    Michael N. Milby
                                                    Clerk, U.S. Bankruptcy Court

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

**FORMAT RULES FOR LISTS OF CREDITORS: DISK or MATRIX**
*[If you have PC capability you must file a disk.]*

After June 1, 1993, creditor lists must be filed on disks or matrices. To ensure that the lists you file can be read by the optical scanner and interpreted by the software, please follow these rules. Your help is essential both for current efficiency and for future improvements.

*Disk and Matrix:*

1. Addresses must be in a format of six lines for every entry with a maximum of 40 characters per line. Use lower and upper case letters. Do no use all capitals. Note that blank lines have been added to make each address conform to the six−line format.

   *Examples:*

   Line 1   John Q. Public
   Line 2   Attorney at Law
   Line 3   123 Main Street
   Line 4   Anywhere, Texas 12345−0123
   Line 5
   Line 6
   Line 1   Joanna R. Doe
   Line 2   123 Avenue A
   Line 3   Anywhere, TX 12345−0123
   Line 4
   Line 5
   Line 6

2. Addresses must be in this order:

   Person or Company Name
   Optional Description (*e.g.* Attorney, Division)
   Address (street *or* post office box, *not* both)
   Suite *or* Apartment Number
   City, State, Zip (Use the state's two−letter abbreviation, without a period)

3. The company or individual's name must be limited to one line only.

4. Descriptions must be limited to two lines only. Keep it simple. Omit non−essential and imprecise descriptions. Insert blank lines to provide a six−line entry.

5. Do not include account numbers on the disk or matrix.

6. Zip codes must be on the last line with the city and state. When possible, use all nine−digits with a hyphen inserted. Use capital letters for state abbreviations, with no periods in or after the letters (*i.e.* TX).

7. All creditors listed on Schedules D, E and F should be included.

8. The court's "Receipt of Creditor's List" must accompany each disk or matrix.

9. Never resubmit a name on a supplemental disk or matrix that was submitted on the original unless the name or address is being corrected. Do not relist all creditors that appeared on the original in addition to the changes you are making through filing the supplemental list.

10. A separate disk or matrix must be filed to add, correct or delete creditors at the same time. Indicate on the reverse of the matrix or disk whether it *added, modified* or *deleted* creditors.

*Disks:*

1. Creditor lists filed on disks must use ASCII–character formatted DOS text.

2. The preferred disk size is 3 1/2".

3. Only one case may be filed on each disk.

4. Disks must be labeled with the case number and debtor's name. This may be done at the time of filing, or in advance when submitting the list within 15 days of the petition.

*Matrices:*

1. Matrices must be on 8 1/2" x 11" good quality paper, with a <u>single column</u> on each page along the one–inch left–hand margin. No misaligned columns please.

2. Use one of the typefaces: Courier 10 Pitch (preferred) or Courier 12 Pitch.

3. Laser printed text is preferred. <u>Do not include other information, like letterhead, case number, page or line numbers, or stray marks.</u>

4. Please do not staple.

NOTE:

Mail that is returned as undeliverable will be given to the attorney for the debtor who will have the duty to effect notice.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

**Instructions for Loading Creditor Mailing Lists for Attorneys Using CM/ECF**
**Multiple Creditors** *Upload*

To add creditors to a new or existing case:

1. Log into the CM/ECF system
2. Select **BANKRUPTCY** from CM/ECF blue tool bar
3. Select **CREDITOR MAINTENANCE**
4. Select **UPLOAD A CREDITOR MATRIX**
5. Enter a case number (ex. 05–12345)
6. From the Load Creditor Information Screen, click on the **BROWSE** button and search for your matrix file on your personal computer. Once found, double click on matrix file to paste the file name into the CM/ECF system. Once the file name appears on the field, click the **Next** button. (Note: the creditor matrix file should be in TXT format and not contain page borders, dollar amounts, account numbers or cover page.)
7. From the Add Creditor(s) screen, the system will verify the number of creditors added to the database. Please click on the **SUBMIT** button.
8. The system will now produce a Creditor Receipt
9. Select **BANKRUPTCY** from CM/ECF blue tool bar.
10. Select **MISCELLANEOUS**
11. Enter a case number
12. Select **CREDITOR MAILING LIST LOADED**, then continue process, following prompts until complete. The final entry will show **Creditor Mailing List Loaded**.
13. The deficiency flag has been removed from the docket.


**Individual Creditor /** *Manual Entry*

To add creditors to a new or existing case:

1. Log into the CM/ECF system
2. Select **BANKRUPTCY** from CM/ECF blue tool bar
3. Select **Creditor Maintenance**
4. Select **ENTER INDIVIDUAL CREDITORS**
5. Enter a case number (ex 05–12345)
6. From the Add Creditor(s) screen, you must manually enter: Name, Address, City/State/Zip on the fields provided. From this same screen place a bullet on the **Last Entry** radio button and click on the **Next** button. (If **manually** adding more than one creditor, leave the bullet on *Continue to Enter* radio button and add next creditor. When all creditors have been **manually** added, place a bullet on the **Last Entry** radio button and click on the **Next** button.)
7. From the Add Creditor(s) screen, the system will verify the total number of creditors added to the database. Please click on the **SUBMIT** button.
8. The system will now produce a Creditors Receipt
9. Select **BANKRUPTCY** from CM/ECF blue tool bar.
10. Select **MISCELLANEOUS**
11. Enter a case number
12. Select **CREDITOR MAILING LIST LOADED**, then continue process, following prompts until complete. The final entry will show **Creditor Mailing List Loaded**.
13. The deficiency flag has been removed from the docket.