UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **Raymond Valdez**        CASE NO **06-30097**
       **Andrea Valdez**

CHAPTER **13**

*AMENDED 4/7/2006*

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship: Daughter<br>Granddaughter | Age: 40<br>11 | Relationship: | Age: |

| Employment | Debtor | Spouse |
|---|---|---|
| Occupation | Retired/Crane Operator | Retired |
| Name of Employer | U.S. Contractors | |
| How Long Employed | 3 months | |
| Address of Employer | 1800 State Highway 35 S<br>Port Lavaca, TX 77979 | |

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| **INCOME:** (Estimate of average monthly income) | | | |
| 1. | Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $2,814.00 | $0.00 |
| 2. | Estimate monthly overtime | $0.00 | $0.00 |
| 3. | SUBTOTAL | **$2,814.00** | **$0.00** |
| 4. | LESS PAYROLL DEDUCTIONS | | |
| | a. Payroll taxes (includes social security tax if b. is zero) | $66.21 | $0.00 |
| | b. Social Security Tax | $42.71 | $0.00 |
| | c. Medicare | $9.99 | $0.00 |
| | d. Insurance | $0.00 | $0.00 |
| | e. Union dues | $0.00 | $0.00 |
| | f. Retirement | $0.00 | $0.00 |
| | g. Other (specify) _____ | $0.00 | $0.00 |
| | h. Other (specify) _____ | $0.00 | $0.00 |
| | i. Other (specify) _____ | $0.00 | $0.00 |
| | j. Other (specify) _____ | $0.00 | $0.00 |
| | k. Other (specify) _____ | $0.00 | $0.00 |
| 5. | SUBTOTAL OF PAYROLL DEDUCTIONS | **$118.91** | **$0.00** |
| 6. | TOTAL NET MONTHLY TAKE HOME PAY | **$2,695.09** | **$0.00** |
| 7. | Regular income from operation of business or profession or farm (attach detailed stmt) | $0.00 | $0.00 |
| 8. | Income from real property | $0.00 | $0.00 |
| 9. | Interest and dividends | $0.00 | $0.00 |
| 10. | Alimony, maintenance or support payments payable to debtor for the debtor's use or that of dependents listed above. | $0.00 | $0.00 |
| 11. | Social Security or government assistance (specify) | $1,394.00 | $494.00 |
| 12. | Pension or retirement income | $0.00 | $0.00 |
| 13. | Other monthly income (specify) | | |
| | a. Daughter's contribution to expenses | $650.00 | $0.00 |
| | b. _____ | $0.00 | $0.00 |
| | c. _____ | $0.00 | $0.00 |
| 14. | SUBTOTAL OF LINES 7 THROUGH 13 | $2,044.00 | $494.00 |
| 15. | TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$4,739.09** | **$494.00** |
| 16. | TOTAL COMBINED MONTHLY INCOME: **$5,233.09** | (Report also on Summary of Schedules) | |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: **Raymond Valdez**  CASE NO **06-30097**
**Andrea Valdez**

CHAPTER **13**

*AMENDED 4/7/2006*

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) <br>     a. Are real estate taxes included?  ☑ Yes  ☐ No <br>     b. Is property insurance included?  ☑ Yes  ☐ No | |
| 2. Utilities:  a. Electricity and heating fuel | $320.00 |
|             b. Water and sewer | $95.00 |
|             c. Telephone | $130.00 |
|             d. Other:  Cable | $100.00 |
| 3. Home maintenance (repairs and upkeep) | $250.00 |
| 4. Food | $600.00 |
| 5. Clothing | $110.00 |
| 6. Laundry and dry cleaning | $70.00 |
| 7. Medical and dental expenses | $350.00 |
| 8. Transportation (not including car payments) | $500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $75.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) <br>     a. Homeowner's or renter's | |
|     b. Life | $180.00 |
|     c. Health | |
|     d. Auto | $400.00 |
|     e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) <br> Specify: | |
| 13. Installment payments: (In Chapter 11, 12, and 13 cases, do not list payments included in the plan) <br>     a. Auto: <br>     b. Other: <br>     c. Other: <br>     d. Other: | |
| 14. Alimony, maintenance, and support paid to others: <br> 15. Payments for support of add'l dependents not living at your home: <br> 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) <br> 17.a. Other:  Gas for home <br> 17.b. Other: | <br> <br> <br> $100.00 |
| **18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | **$3,280.00** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | |
| 20. STATEMENT OF MONTHLY NET INCOME <br> a. Total monthly income from Line 16 of Schedule I <br> b. Total monthly expenses from Line 18 above <br> c. Monthly net income (a. minus b.) | <br> $5,233.09 <br> $3,280.00 <br> $1,953.09 |