IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 06-30097 |
| | § | |
| Raymond Valdez and | § | CHAPTER 13 |
| Andrea Valdez | § | |
| | § | |
| DEBTOR(S) | § | |

**DEBTOR'S CERTIFICATION,
MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE,
AND PROPOSED DISCHARGE ORDER**

**THIS MOTION SEEKS AN ORDER DISCHARGING THE DEBTOR(S) PURSUANT TO § 1328(a) OF THE BANKRUPTCY CODE. IF YOU OPPOSE THE MOTION, YOU MUST FILE AN OBJECTION WITHIN TWENTY-ONE (21) DAYS OF THE DATE LISTED BELOW IN THE CERTIFICATE OF SERVICE. YOUR OBJECTION MUST SET FORTH THE SPECIFIC FACTUAL ALLEGATIONS WITH WHICH YOU DISAGREE. IF NO TIMELY OBJECTION IS FILED, THE COURT MAY GRANT THE RELIEF.**

The Debtor(s) move for entry of a discharge under § 1328(a) of the Bankruptcy Code.

1.  By signing below, the Debtor(s) certify under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

    A.  I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached.

    B.  If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

    C.  All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid;

D.  I have not received a discharge in a case filed under chapter 7, 11 or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case;

E.  I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case;

F.  No criminal proceeding is pending against me alleging that I am guilty of a felony; and

G.  No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, any State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

2.  I have made all payments required by my confirmed chapter 13 plan.

Signed:

/s/ Raymond Valdez  
Raymond Valdez

April 21, 2011  
Date

/s/ Andrea Valdez  
Andrea Valdez

April 21, 2011  
Date

Respectfully submitted,

Swindell & Associates  
2900 Weslayan, Suite 595  
Houston, Texas 77027  
(713) 622-8858  
Fax: (713) 456-3038

By:  /s/ Sonya L. Kapp  
Sonya Kapp  
Bar No. 11095395  
ATTORNEY FOR DEBTOR(S)

CERTIFICATE OF SERVICE

On April 21, 2011, a copy of this pleading was served on each of the persons listed on the attached service list by (i) prepaid United States Mail; or (ii) electronic service via the Court's ECF system.

Raymond Valdez & Andrea Valdez
1101 E. Trinity
Victoria, TX 77901

William Heitkamp
Chapter 13 Trustee
9821 Katy Frwy, Suite 590
Houston, TX 77024

United States Trustee
515 Rusk, Suite 3516
Houston, TX 77002

Internal Revenue Service
1919 Smith Street
Stop 5024HOU
Houston, TX 77002

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 21126

United States Attorney
District Counsel
8701 S. Gessner, Suite 710
Houston, TX 77074

United States Attorney
910 Travis, Suite 1500
P.O. Box 61129
Houston, TX 77208

United States Attorney General
United States Department of Justice
Room D327
10th & Constitution Avenue, N.W.
Washington, D.C. 20530

/s/ Sonya L. Kapp
Sonya L. Kapp