| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 06-30097<br>Southern District of Texas<br>Houston<br>Thu Apr 21 14:30:03 CDT 2011 | DaimlerChrysler Financial Services Americas<br>co Paul Kim<br>P.O. box 11509<br>Fort Worth, TX 76110-0509 | DaimlerChrysler Services North America L.L.C<br>c/o Stephen Wilcox<br>Bassel & Wilcox<br>P.O. Box 11509<br>Fort Worth, TX 76110-0509 |
| FPC Financial, fsb<br>1700 West Highway 36, Suite 510<br>Roseville, MN 55113-4027 | Texas Dow Employees Credit Union (TDECU)<br>1001 FM 2004<br>Lake Jackson, TX 77566-4012 | Wells Fargo Bank, N.A.<br>c/o Barrett Burke Wilson Castle Daffin<br>1900 St. James Place, Suite 500<br>Houston, TX 77056-4125 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | Boren Swindell & Assoc.<br>2900 Weslayan, Suite 595<br>Houston, TX 77027-5150 | Cal-com Cred<br>Po Box 1005<br>Port Lavaca, TX 77979-1005 |
| (p)CHRYSLER FINANCIAL<br>27777 INKSTER RD<br>FARMINGTON HILLS MI 48334-5326 | Citibank Usa<br>Po Box 9714<br>Gray, TN 37615-9714 | Credit First N A<br>6275 Eastland Rd<br>Brook Park, OH 44142-1399 |
| Credit First NA<br>P O Box 818011<br>Cleveland, OH 44181-8011 | Credit Systems International/ Collection<br>1277 Country Club<br>Fort Worth, TX 76112-2304 | DaimlerChrysler Services North America L.L.C<br>PO BOX 860<br>ROANOKE, TEXAS 76262-0860 |
| DeTar Hospital<br>506 E San Antonio<br>Victoria, TX 77901-6060 | DeTar Hospital<br>506 E San Antonio St<br>Victoria, TX 77901-6060 | Deere Credit Services<br>8402 Excelsior Dr<br>Madison, WI 53717-1909 |
| FPC Financial, fsb<br>P.O. Box 131311<br>Roseville, MN 55113-0011 | FPC Financial fsb<br>Deere Credit Services<br>PO Box 131311<br>Roseville MN 55113-0011 | GE Consumer Finance<br>For GE Money Bank<br>dba FUNANCING<br>P.O. BOX 960061<br>Orlando, Fl 32896-0061 |
| Gemb/dillards<br>Po Box 981400<br>El Paso, TX 79998-1400 | Gemb/funancing<br>950 Forrer Blvd<br>Kettering, OH 45420-1469 | Hawkeye Adj (original Creditor:satkartar<br>2300 Pierce St<br>Sioux City, IA 51104-3851 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | John Swannack, DDS<br>105 Professional Drive<br>Victoria, TX 77904-2351 | Lowes/mbga<br>Po Box 103065<br>Roswell, GA 30076 |
| Medical Data Systems I (original Credito<br>2001 9th Ave Ste 312<br>Vero Beach, FL 32960-6413 | National Credit System (original Credito<br>3800 Camp Creek Pkwy B18<br>Atlanta, GA 30331-6247 | National Credit Systems Inc.<br>PO Box 312125<br>Atlanta, GA 31131-2125 |

Nco Fin/31 (original Creditor:utmb Physi
Po Box 41667
Philadelphia, PA 19101

Texas Dow Employees Cu
1001 F M 2004
Lake Jackson, TX 77566-4012

The Texas A&M University System
ATTN: Karen B. Royal
A&M System Building, Suite 2079
200 Technology Way
College Station, Texas 77845-3424

Tractor Supply/cbusa N
Po Box 9714
Gray, TN 37615-9714

US Trustee
Office of the US Trustee
515 Rusk Ave
Ste 3516
Houston, TX 77002-2604

Wells Fargo
Po Box 5445
Portland, OR 97228-5445

Wells Fargo Bank, N.A.
c/o Legal Practice Management
15000 Surveyor Blvd.
Addison, TX 75001-4417

Wells Fargo Card Services
P.O. Box 9210
Des Moines, IA 50306-9210

Wells Fargo Home Mtg
405 Sw 5th St
Des Moines, IA 50309-4600

Andrea Valdez
1101 E Trinity St
Victoria, TX 77901-5440

Raymond Valdez
1101 E Trinity St
Victoria, TX 77901-5440

Sonya Lynn Kapp
Swindell Associates
2900 Weslayan
Ste 595
Houston, TX 77027-5150

William E. Heitkamp
Office of Chapter 13 Trustee
9821 Katy Freeway
Ste 590
Houston, TX 77024-1294


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Chrysler Credit
5225 Crooks Rd Ste 140
Troy, MI 48098

IRS
P.O. Box 21126
Philadelphia, PA 19114

End of Label Matrix
Mailable recipients    42
Bypassed recipients     0
Total                  42